UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER THE FUTURE<br>611 Pennsylvania Avenue, SE<br>Suite No. 183<br>Washington, DC 20003<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET<br>725 17th Street, N.W.<br>Washington, D.C. 20503<br><br>Defendant. | Case No. 1:26-cv-3195 |

**COMPLAINT UNDER THE FREEDOM OF INFORMATION ACT**

Plaintiff Power the Future ("PTF") brings this action against Defendant Office of Management and Budget ("OMB"). PTF alleges as follows:

1. This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. PTF seeks relief in the form of an order requiring OMB to process a FOIA request and produce all responsive, nonexempt agency records.

2. OMB received the request at issue in this case on August 12, 2026. It acknowledged the request the same day and assigned it a tracking number. It has not made a determination on the request or produced any responsive records.

3. OMB's complete failure to make the determination FOIA requires warrants a court-supervised processing and production schedule.

**PARTIES**

4. PTF is a nonprofit organization incorporated in Delaware. It informs the public

about energy and environmental policy and government activity bearing on those issues.

5. OMB is a component of the Executive Branch of the federal government and is an agency within FOIA's meaning. 5 U.S.C. §§ 551(1), 552(f)(1). OMB possesses and controls records responsive to PTF's request.

**JURISDICTION AND VENUE**

6. This Court has jurisdiction under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

7. Venue is proper because FOIA permits suit in the District of Columbia. § 552(a)(4)(B).

8. PTF has constructively exhausted its administrative remedies, or alternatively is not required to pursue administrative remedies, because OMB did not make a timely determination on the request at issue. § 552(a)(6)(C)(i); *Citizens for Responsibility & Ethics in Wash. v. FEC*, 711 F.3d 180, 190 (D.C. Cir. 2013) ("*CREW*").

**PLAINTIFF'S FOIA REQUEST**

9. On August 12, 2026, PTF submitted, by email to OMB's designated FOIA address and through the FOIA.gov portal, a request for correspondence of Dr. Bryan Parthum, an economist at the Environmental Protection Agency's National Center for Environmental Economics who served on detail to OMB as a Senior Economist in or about 2023 and 2024. The request sought correspondence sent or received on any OMB email account or system assigned to Dr. Parthum from January 1, 2023, through December 31, 2024, or during the actual period of his detail if narrower, containing at least one term from each of two short lists of specified terms.

10. OMB acknowledged the request the same day and assigned it tracking number OMB FOIA 2026-796.

11. Apart from that acknowledgment, PTF has received no response to the request. OMB has not sought clarification, invoked an extension, made a determination, or produced responsive records.

12. The requested records concern the use, by an EPA economist while detailed to OMB, of the "representative concentration pathway" scenario known as RCP 8.5 (which has since been discredited and abandoned), as a business-as-usual or reference scenario in EPA's Framework for Evaluating Damages and Impacts ("FrEDI") and in federal climate policy.

13. PTF seeks these records to inform the public about OMB's conduct and the basis for federal climate policy.

14. FOIA required OMB to determine within 20 working days whether it would comply with the request and to state the reasons for its determination. § 552(a)(6)(A)(i).

15. A timely determination requires more than an acknowledgment. The agency must gather and review the records, identify what it will produce and withhold, explain any withholding, and notify the requester of its appeal rights. *CREW*, 711 F.3d at 188.

16. The determination was due by September 10, 2026. § 552(a)(6)(A)(i). OMB invoked no extension. § 552(a)(6)(B)(i).

17. OMB has not stated whether it will comply with the request. It has not identified the records it will produce or withhold, explained any withholding, or notified PTF of appeal rights. This violates FOIA. *CREW*, 711 F.3d at 188.

18. FOIA authorizes this Court "to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant." § 552(a)(4)(B). The Court may use its equitable powers "to require the

agency to process documents according to a court-imposed timeline." *Clemente v. FBI*, 71 F. Supp. 3d 262, 269 (D.D.C. 2014). OMB's failure to make any determination warrants judicial supervision.

**COUNT I**
**VIOLATIONS OF THE FREEDOM OF INFORMATION ACT**

19. PTF incorporates the preceding allegations.

20. PTF submitted a FOIA request that reasonably described the records sought. OMB accepted the request and assigned it a tracking number.

21. OMB violated FOIA by failing to make a timely determination and by withholding responsive agency records. §§ 552(a)(3)(A), (a)(6)(A)(i).

22. PTF has constructively exhausted its administrative remedies. § 552(a)(6)(C)(i); *CREW*, 711 F.3d at 190.

23. PTF is entitled to appropriate relief under § 552(a)(4)(B).

24. PTF is entitled to a Court order requiring OMB to produce the records it has requested.

**PRAYER FOR RELIEF**

Power the Future respectfully requests that the Court:

A. Retain jurisdiction until OMB complies with FOIA and the Court's orders;

B. Declare that OMB violated FOIA by failing to make a timely determination and by withholding responsive agency records;

C. Declare that OMB must disclose all nonexempt agency records responsive to the request;

D. Order OMB to conduct adequate searches and produce all nonexempt

responsive records according to a schedule containing dates certain, with periodic status reports until production is complete;

E. Award PTF reasonable attorney fees and costs under § 552(a)(4)(E); and

F. Grant any other just and proper relief.

Dated: September 12, 2026

POWER THE FUTURE
By Counsel:

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com