FOIA Summons
1/13

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Power the Future<br>*Plaintiff*<br><br>v.<br><br>Office of Management and Budget<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-3195 -RC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* US Attorney's Office
Attn: Civil Process Clerk
601 D Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew D. Hardin
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 9/14/2026

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Power the Future<br>*Plaintiff*<br><br>v.<br><br>Office of Management and Budget<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No. 1:26-cv-3195 -RC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* US Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew D. Hardin
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 9/14/2026

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Power the Future
*Plaintiff*

v.

Office of Management and Budget
*Defendant*

Civil Action No. 1:26-cv-3195 -RC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Office of Management and Budget
725 17th Street, NW
Washington, DC 20503

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew D. Hardin
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 9/14/2026

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*