UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POWER THE FUTURE,

Plaintiff,

v.

OFFICE OF MANAGEMENT AND BUDGET,

Defendant.

Civil Action No. 26-3195 (RC)

**DEFENDANT'S CONSENT MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant moves, by and through undersigned counsel, for a 30-day extension of the deadline to respond to Plaintiff's Complaint, ECF No. 1. Defendant is requesting that the response deadline be extended from October 14, 2026 to November 13, 2026. This is Defendant's first request to extend its deadline to respond to Plaintiff's Complaint. Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendant conferred with Plaintiff's counsel prior to filing this motion, and Plaintiff consents to the relief requested herein. Good cause supports this motion, as set forth below:

1. On September 12, 2026, Plaintiff filed a Complaint in this action brought under the Freedom of Information Act ("FOIA"). The current deadline for Defendant's response to the Complaint is October 14, 2026.

2. Undersigned counsel has been assigned a significantly large volume of cases with competing deadlines that have limited his ability to confer with agency counsel and prepare an appropriate response to the Complaint. Over the next two weeks, undersigned counsel is responsible for, among his other responsibilities, three summary judgment briefs in three different

cases. Agency counsel also requires additional time to investigate the allegations of the Complaint. Accordingly, to afford undersigned counsel sufficient time to confer with agency counsel, and prepare an appropriate response to the Complaint, Defendant respectfully requests an extension of time so that the new deadline for responding to the Complaint would be November 13, 2026. This extension request takes into account existing deadlines in other cases during the requested extension period.

3. The requested extension would not impact any other deadlines in this case.

4. A proposed order is attached.

Dated: October 9, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Brett S. Covington*
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER THE FUTURE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendant. | Civil Action No. 26-3195 (RC) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to Respond to Plaintiff's Complaint, and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant's deadline to respond to Plaintiff's Complaint, ECF No. 1, is extended up to and including November 13, 2026.

**SO ORDERED**, this ___ day of _____________, 2026.

______________________________
RUDOLPH CONTRERAS
United States District Judge