UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER THE FUTURE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendant. | Civil Action No. 26-3195 (RC) |

**ANSWER**

Defendant Office of Management and Budget ("Defendant" or "OMB"), by and through undersigned counsel, hereby respectfully submits this Answer to the Complaint, ECF No. 1, filed by Plaintiff Power the Future ("Plaintiff") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

To the extent the Complaint refers to, characterizes, or quotes from documents, statutes, regulations, correspondence, or other materials, Defendant respectfully refers the Court to those materials for a complete and accurate statement of their contents and denies any allegations inconsistent therewith. Defendant's references to such materials are not intended to be, and should not be construed as, admissions that Plaintiff has accurately characterized those materials, that the materials are relevant to this action, or that the materials are admissible.

Defendant denies all allegations in the Complaint, including Plaintiff's requested relief, except to the extent specifically admitted below. Defendant respectfully reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

Defendant responds to the separately numbered paragraphs and prayer for relief in the Complaint as follows:

## RESPONSE TO NUMBERED PARAGRAPHS

1. This paragraph characterizes this action and the relief requested, to which no response is required. To the extent a response is deemed required, Defendant admits that Plaintiff purports to bring this action under FOIA, but denies the remaining allegations of this paragraph, including any implication that Defendant has violated FOIA. To the extent this paragraph asserts requests for relief, no response is required. To the extent that a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested.

2. As to the first sentence of this paragraph, Defendant admits that it received a FOIA request from Plaintiff dated August 12, 2026, which was then assigned a tracking number. As to the second sentence of this paragraph, Defendant admits that, as of the date of the filing of the Complaint, OMB had not made a final determination on Plaintiff's FOIA request and had not provided any records to Plaintiff in response to the FOIA request.

3. This paragraph asserts conclusions of law and requests for relief to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph, including any implication that Defendant has violated FOIA, and denies that Plaintiff is entitled to the requested relief.

## PARTIES[1]

4. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

---

1 For ease of reference, Defendant replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings could be construed to contain factual allegations, those allegations are denied.

5. Defendant admits Paragraph 5 insofar as that OMB is a component of the United States government and is subject to FOIA. The remaining allegations of this paragraph consist of conclusions of law to which no response is required.

**JURISDICTION AND VENUE**

6. This paragraph asserts conclusions of law to which no response is required. To the extent a response is deemed required, Defendant admits that this Court has jurisdiction over claims involving proper FOIA requests, subject to the terms and limitations of FOIA.

7. The allegations in this paragraph assert conclusions of law concerning venue, to which no response is required. To the extent a response is deemed required, Defendant admits that venue over properly asserted FOIA claims lies in this district.

8. This paragraph consists of conclusions of law to which no response is required.

**PLAINTIFF'S FOIA REQUEST**

9. Defendant admits that Plaintiff submitted a FOIA request to Defendant that is dated August 12, 2026, and the request was assigned number OMB FOIA 2026-796. Defendant refers the Court to the request for a complete and accurate statement of its contents. Defendant denies any allegations of this paragraph that are inconsistent with the content of the request.

10. Admitted.

11. Defendant admits that, as of the filing date of the Complaint, it had not responded further to the request.

12. Defendant refers the Court to the request for a complete and accurate statement of its contents and denies any allegations of this paragraph that are inconsistent with the content of the FOIA request.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

14. This paragraph asserts conclusions of law to which no response is required.

15. This paragraph asserts conclusions of law to which no response is required.

16. The first sentence of this paragraph asserts conclusions of law to which no response is required. In response to the second sentence of this paragraph, Defendant admits that it did not invoke section 552(a)(6)(B)(i).

17. In response to the allegations in the first two sentences of this paragraph, Defendant admits that, as of the filing date of the Complaint, it had not issued a final determination on the request. The allegation in the remaining sentence of this paragraph consists of a conclusion of law to which no response is required. To the extent a response is deemed required, Defendant denies any implication that Defendant has violated FOIA.

18. This paragraph asserts conclusions of law and requests for relief to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph, including any implication that Defendant has violated FOIA, and denies that Plaintiff is entitled to the requested relief.

## COUNT I

## VIOLATIONS OF THE FREEDOM OF INFORMATION ACT

19. Defendant incorporates its responses to each of the foregoing paragraphs as if fully set forth herein.

20. The first sentence of this paragraph asserts conclusions of law to which no response is required. In response to the allegations in the second sentence of this paragraph, Defendant admits only that it received the request and assigned it a tracking number.

21. This paragraph asserts conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph.

22. This paragraph asserts conclusions of law to which no response is required.

23. This paragraph asserts conclusions of law and requests for relief to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph and denies that Plaintiff is entitled to the requested relief.

24. This paragraph asserts conclusions of law and requests for relief to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph and denies that Plaintiff is entitled to the requested relief.

## PRAYER FOR RELIEF

The remainder of the Complaint sets forth Plaintiff's requested relief to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the requested relief.

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant asserts a general denial as to those allegations contained in the Complaint that are not specifically admitted herein.

## DEFENSES

### FIRST DEFENSE

The Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by the FOIA.

### SECOND DEFENSE

Plaintiff's claims should be dismissed, including for failure to exhaust administrative remedies, to the extent the FOIA request at issue fails to reasonably describe the records sought, would be unduly burdensome to process, or seeks to impose obligations not required by FOIA.

**THIRD DEFENSE**

Plaintiff is not entitled to compel the production of records that are exempt from disclosure under the FOIA, 5 U.S.C. § 552, the Privacy Act, 5 U.S.C. § 552a, or other applicable law.

**FOURTH DEFENSE**

Plaintiff is neither eligible for nor entitled to attorneys' fees and costs in this action.

**FIFTH DEFENSE**

Plaintiff is not entitled to relief because Defendant does not have custody and control over any records that are potentially responsive to Plaintiff's request as Dr. Parthum was not assigned any OMB email account or system to OMB and was not issued or assigned an OMB email account or system.

Dated: November 13, 2026

Respectfully submitted,

By: *_/s/ Brett S. Covington*

BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Attorney for Defendant*